## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATOCHIA HAWKINS, ) | |
| ) | Case No.: 2:12-cv-01066-GMN-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| MONICA COSTA, *et al.*, ) | **JUDGE FOLEY** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered July 23, 2012.  No objections or amended complaint have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall file the complaint (#1-1).

**IT IS FURTHER ORDERED** that Plaintiff's claims for equal protection under the Fourteenth Amendment and coercion are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's claim for negligence is dismissed for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that this case is dismissed.

**DATED** this 4th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge